**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 980 |
| | : | |
| APPOINTMENT TO COURT OF JUDICIAL DISCIPLINE | : | SUPREME COURT RULES DOCKET |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 15th day of March, 2024, Jacob (Jake) Doyle Corman III, Dauphin County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years, commencing June 30, 2024.